| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Craig G Margulies<br>Margulies Faith LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436<br><br>818-705-2777<br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES** |
| In re:<br><br>Thomas Vincent Girardi<br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:21-ap-01074-BR |
| Jaime Ruigomez<br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Thomas Vincent Girardi<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **05/21/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**              **June 29, 2021**
    **Time:**             **10:00 AM**
    **Hearing Judge:**   **Barry Russell**
    **Location:**       **255 E Temple St., Crtrm 1668, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*          Page 1          **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                                 **KATHLEEN J. CAMPBELL**
                                                 **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: April 21, 2021

                                            By: "s/" Stacey Fortier
                                                    Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Jaime Ruigomez<br>Kathleen Ruigomez<br>Joseph Ruigomez | Thomas Vincent Girardi |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NOTICE**

**RE: CONTINUANCES:**

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the schedules hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 24 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

**RE: SETTLEMENTS:**

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

**RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:**

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $400.00 against any party and/or its counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

*Barry Russell*

BARRY RUSSELL
U.S. BANKRUPTCY JUDGE

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

**Public Counsel's**

**Debtor Assistance Project Hotline**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

### Proyecto de Ayuda al Deudor de Public Counsel

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):

**A. COMPLAINT FOR THE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2), (a)(4), AND (a)(6) (Dkt. No. 1);**

**B. SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] (Dkt. No. 4-1);**

**C. NOTICE [attached to issued summons] (Dkt. No. 4);**

**D. NOTICE REGARDING COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1 (Dkt. No.3).**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 21, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 21, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 21, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**ATTORNEY FOR CHAPTER 7 TRUSTEE:** Timothy J. Yoo – tjy@lnbyb.com and Carmela T. Pagay – ctp@lnbyb.com
**LEONARD PENA ON BEHALF OF INTERESTED PARTY ROBERT GIRARDI:** lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 21, 2021 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**ATTORNEY FOR PLAINTIFFS: Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
**ATTORNEY FOR PLAINTIFFS: Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
**CHAPTER 7 TRUSTEE: Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

| **JUDGE:** | |
|---|---|
| Honorable Barry Russell<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012<br>(executed summons and Notice of Compliance with FRBP 7026 and LBR 7026-1 only) | |
| **DEFENDANT**: | |
| Thomas Vincent Girardi<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | Thomas Vincent Girardi<br>155 West Hospitality Ln Suite 260<br>San Bernardino, CA 92408 |
| Thomas Vincent Girardi<br>81775 Brown Deer Park<br>La Quinta, CA 92253 | Thomas Vincent Girardi<br>100 Los Altos<br>Pasadena, CA 91105 |
| Leonard Pena on Behalf of Interested Party<br>Robert Girardi<br>Pena & Soma, APC<br>402 S. Marengo Avenue, Suite B<br>Pasadena, CA 91104 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**