| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CRAIG G. MARGULIES (State Bar No. 185925)<br>ORI S. BLUMENFELD (State Bar No. 259112)<br>**MARGULIES FAITH LLP**<br>16030 Ventura Boulevard, Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile:   (818) 705-3777<br>Email:  Craig@MarguliesFaithLaw.com<br>Email:  Ori@MarguliesFaithLaw.com<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for Plaintiffs Jamie Ruigomez, Kathleen Ruigomez, and Joseph Ruigomez* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>                                                Debtors. | CASE NO.: 2:20-bk-21020-BR<br><br>CHAPTER: 11<br><br>ADVERSARY NO.: 2:21-ap-017074-BR |
|---|---|
| JAMIE RUIGOMEZ, an individual; KATHLEEN RUIGOMEZ, an individual; and JOSEPH RUIGOMEZ, an individual,<br><br>                                                Plaintiffs,<br><br>vs.<br><br>THOMAS VINCENT GIRARDI, an individual,<br><br>                                                Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):<br>**DEFAULT JUDGMENT (BASED ON PRIOR JUDGMENT)** |

PLEASE TAKE NOTE that the order or judgment titled **DEFAULT JUDGMENT (BASED ON PRIOR JUDGMENT)** was lodged on (*date*) **October 12, 2021,** and is attached.  This order relates to the stipulation which is docket number **11.**

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.ADV.NOTICE.LODGMENT**

# [Proposed] Order

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>CRAIG G. MARGULIES (State Bar No. 185925)<br>ORI S. BLUMENFELD (State Bar No. 259112)<br>MARGULIES FAITH LLP<br>16030 Ventura Boulevard, Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br>Email: Craig@MarguliesFaithLaw.com<br>Email: Ori@MarguliesFaithLaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiffs, Jamie Ruigomez, Kathleen Ruigomez, and Joseph Ruigomez | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br>THOMAS VINCENT GIRARDI<br><br>Debtor(s)<br><br>JAMIE RUIGOMEZ, an individual; KATHLEEN RUIGOMEZ, an individual; and JOSEPH RUIGOMEZ, an individual,<br><br>Plaintiff(s)<br>vs.<br>THOMAS VINCENT GIRARDI, an individual,<br><br>Defendant(s) | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br>ADVERSARY NO.: 2:21-ap-01074-BR<br><br>**DEFAULT JUDGMENT**<br>**(BASED ON PRIOR JUDGMENT)**<br><br>DATE: 10/05/2021<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |
|---|---|

Based on the Defendant's failure to respond to the complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs (*specify name*): Jamie Ruigomez, Kathleen Ruigomez, and Joseph Ruigomez and against Defendant (*specify name*): Thomas Vincent Girardi

2. ☒ The liability resulting from the judgment previously entered in favor of the Plaintiff as described below is determined to be non-dischargeable under: ☒            Bankruptcy Code **11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6)**

    ☐ Other *(specify)*:

    Case: Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez v. Thomas V. Girardi, et al.

    Court: Superior Court of California, County of Los Angeles, Case No. 19STCV22296

    A copy of the underlying Judgment is attached. Judgment Amount: $11,000,000.00

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                   Page 1                                        F 7055-1.2.DEFAULT.JMT.PRIOR

3.  a. ☒ Plaintiff is awarded costs in the following amount: $1,116.86
    b. ☒ Plaintiff is awarded attorney fees in the following amount: $17,930.99 (through the Petition Date)
    c. ☒ Plaintiff is granted the following relief *(specify)*:

    Plaintiffs are awarded interest through the Petition Date in the following amount: $732,328.76
    Plaintiffs are awarded interest at the rate of 0.10% from Petition Date to the date of entry of this judgment.
    ☐ See attached page

4. ☒ The court further orders *(specify)*:

Notwithstanding the entry of this nondischargeable Default Judgment against Thomas Vincent Girardi, the underlying Stipulated Judgment (Exhibit "A" hereto) entered against both Thomas Vincent Girardi and the related debtor/defendant Girardi Keese remains valid, enforceable and unchanged, including but not limited to the various perfected security interests created and related thereto.

    ☐ See attached page

5. ☒ The sum nondischargeable Default Judgment award amount (exclusive allowed Post-Petition interests) is: $11,751,376.70

###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 2                                F 7055-1.2.DEFAULT.JMT.PRIOR

# Exhibit A

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | RESERVED FOR CLERK'S FILE STAMP |
|---|---|
| COURTHOUSE: Stanley Mosk | FILED Superior Court of California County of Los Angeles APR 20 2020 Sherri R. Carter, Executive Officer/Clerk By_____ A. Barton, Deputy |
| PLAINTIFF(S): Joseph Ruigomez, Kathleen Ruigomez, Jamie Ruigomez | |
| CROSS-DEFENDANT(S): | |
| DEFENDANT(S): Thomas V. Girardi; Girardi | Keese | |
| CROSS-COMPLAINANT(S): | |
| STIPULATION FOR CIVIL JUDGMENT | CASE NUMBER: 19STCV22296 | DEPT.: 56 |

THE PARTIES STIPULATE (AGREE) AS FOLLOWS:

1. Judgment shall be entered in favor of:

   [✓] Plaintiff(s) Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez

   [ ] Cross-Defendant(s) _____

   [ ] Defendant(s) _____

   [ ] Cross-Complainant(s) _____

   and against Thomas V. Girardi and Girardi | Keese (DSC) per Counsel at ex parte at 4/20/20, as follows:
   (name(s))

   Principal         $ ~~12,000,000~~ 11,000,000     [ ] Other Additional Relief: _____
   Prejudgment Interest   $ _____
   Attorney's Fees       $ _____
   Costs               $ _____
   TOTAL               $ _____

2. Any other terms and conditions (for example terms of a stay on execution of judgment):
   Payment is due within sixty (60) days.

LASC LACIV 220 (Rev. 08/18)            STIPULATION FOR CIVIL JUDGMENT                Page 1 of 2
For Optional Use

Exhibit A

3. If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

   a. ☐ Without further notice or hearing

   b. ☐ On 24-hour telephonic notice to the defaulting party

   c. ☐ Other _____

4. **Acknowledgment and Waiver:** I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Joseph Ruigomez
(TYPE OR PRINT NAME)                          (SIGNATURE OF PLAINTIFF)

_____               _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

_____               _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF DEFENDANT)

_____               _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR DEFENDANT)

_____               (SIGNATURE OF Defendant Tirapelli Kas
(TYPE OR PRINT NAME)

_____               _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR _____)

_____               _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF _____)

_____               _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR _____)

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
                                                (INSERT DATE)

_____               _____
DATE                                          JUDICIAL OFFICER

3. If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

   a. ☐ Without further notice or hearing

   b. ☐ On 24-hour telephonic notice to the defaulting party

   c. ☐ Other _____

4. **Acknowledgment and Waiver:** I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Kathleen Ruigomez                               *[signature: Kathleen Ruigomez]*
..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF PLAINTIFF)

..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF DEFENDANT)

..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF ATTORNEY FOR DEFENDANT)

..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF _____)

..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF ATTORNEY FOR _____)

..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF _____)

..............................................  ..............................................
(TYPE OR PRINT NAME)                            (SIGNATURE OF ATTORNEY FOR _____)

☐ Judgment is entered this date in accord with the above.

☐ The Court's case file will be destroyed on or after _____ without further order of the court.
                                                    (INSERT DATE)

_____                 _____
DATE                                            JUDICIAL OFFICER

LASC LACIV 220 (Rev. 08/18)        **STIPULATION FOR CIVIL JUDGMENT**              Page 2 of 2
For Optional Use

Exhibit A

3. If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

   a. ☐ Without further notice or hearing

   b. ☐ On 24-hour telephonic notice to the defaulting party

   c. ☐ Other _____

4. **Acknowledgment and Waiver:** I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Jamie Ruigomez
(TYPE OR PRINT NAME)    (SIGNATURE OF PLAINTIFF)

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF DEFENDANT)

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR DEFENDANT)

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF _____)

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR _____)

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF _____)

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR _____)

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
(INSERT DATE)

APR 2 0 2020
DATE    JUDICIAL OFFICER

David J. Cowan
Judge

LASC LACIV 220 (Rev. 08/18)    **STIPULATION FOR CIVIL JUDGMENT**    Page 2 of 2
For Optional Use

Exhibit A

I certify that this is a true and correct copy of the
original on file in this office consisting of ___4___ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date: JUN 1 9 2020    By: _____ Deputy
KARLA BLUMENBERG

Exhibit A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE: DEFAULT JUDGMENT (BASED ON PRIOR JUDGMENT)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 12, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:  On (*date*) **October 12, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 12 2021 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 2                            **F 9021-1.2.ADV.NOTICE.LODGMENT**

# ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**ATTORNEY FOR PLAINTIFFS: Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
**ATTORNEY FOR PLAINTIFFS: Craig G Margulies**    Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
**CHAPTER 7 TRUSTEE: Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

| **JUDGE:** | |
|---|---|
| Honorable Barry Russell<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 | |
| **DEFENDANT**: | |
| Thomas Vincent Girardi<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | Thomas Vincent Girardi<br>325 W. Hospitality Ln., Suite 204, San Bernardino, CA 92408) |
| Thomas Vincent Girardi<br>81775 Brown Deer Park<br>La Quinta, CA 92253 | Thomas Vincent Girardi<br>100 Los Altos<br>Pasadena, CA 91105 |
| Leonard Pena on Behalf of Interested Party Robert Girardi<br>Pena & Soma, APC<br>402 S. Marengo Avenue, Suite B<br>Pasadena, CA 91104 | 1 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**